AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## Northern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| | ) | |
| **Pedro Enrique RAMIREZ-Chacon,** | ) | Case No.    5:25-MJ-23 (MJK) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 27, 2025, in the county of Oneida in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | The defendant, an alien, after having been removed from the United States, entered and thereafter was found in the United States without having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication for admission into the United States. |

This criminal complaint is based on these facts:

☒    Continued on the attached sheet.

_____
*Complainant's signature*

Border Patrol Agent Zackary Seitles
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    1/28/2025
_____

_____
*Judge's signature*

City and State:    Syracuse, New York

Hon. Mitchell J. Katz, U.S. Magistrate Judge
_____
*Printed name and title*

On January 27, 2025, at approximately 11:00 a.m., Officer Jim Hilton with the New York State (NYS) Department of Transportation (DOT), contacted the United States Oswego Border Patrol (USBP) for assistance on a stopped commercial vehicle for random inspection, in the city of Utica, NY. Officer Hilton was presented with a New Jersey driver's license (R0355 62165 05782). Agents at the Oswego Border Patrol Station confirmed that the subject, identified as RAMIREZ Chacon, Pedro Enrique, was an illegal alien ordered removed by an Immigration Judge on October 23, 2006, through Charlotte Amalie, Virginia.

United State Border Patrol Agents Zackary Seitles and James Wright responded to the scene arriving at approximately 11:30 P.M. The agents identified themselves as United States Border Patrol Agents and questioned the individual as to his immigration status. The individual identified as RAMIREZ Chacon, Pedro Enrique, admitted to being a national of El Salvador without proper immigration documents allowing him to enter or remain in the United States. At approximately 11:40 p.m., Ramirez-Chacon was arrested and transported to the Oswego Border Patrol Station for further processing.

At the Oswego Station, RAMIREZ-CHACON's biographical information and fingerprints were entered into the E3/ldent/IAFIS computer systems. Buffalo Sector Communications completed criminal and immigration checks. Records checks revealed that RAMIREZ-CHACON was arrested by the United States Border Patrol on August 21, 2006, and physically removed from the United States on October 23, 2006. RAMIREZ-CHACON once again was arrested on February 8, 2007, and RAMIREZ-CHACON was physically removed from the United States May 10, 2007. RAMIREZ-CHACON was served DHS forms I-215B and I-214. Subject refused to sign forms at this time.

It was determined that the defendant has never applied for or received permission to reenter the United States from the Attorney General or the Secretary of the Department of Homeland Security, after his removal on May 10, 2007.

Based on the records of the Department of Homeland Security, it was determined that the defendant illegally reentered the United States subsequent to his removal on May 10, 2007.