IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

      v.                    Case No.: 5:25-MJ-23 (MJK)

PEDRO ENRIQUE RAMIREZ-CHACON,

               Defendant.

_____

JEFFREY STITT, Assistant United States Attorney
COURTENAY MCKEON, Assistant Federal Public Defender for defendant

MITCHELL J. KATZ, United States Magistrate Judge

### ORDER APPROVING WAIVER OF PRELIMINARY HEARING

Defendant has been charged by Criminal Complaint with Illegal Re-entry, in violation of Title 8 U.S.C. Section 1326(a). (Dkt. No. 1.)

During the Initial Appearance by video on January 28, 2025, defendant, through counsel, voluntarily waived his right to a preliminary hearing, while reserving his right to request one at a future. I find that the defendant knowingly and voluntarily waived his right to a preliminary examination with full knowledge of the consequences thereof.

Based upon the foregoing, including defendant's voluntary representations, it is hereby

ORDERED, that defendant's waiver of his right to a preliminary examination, which I find to have been knowing and intelligent and voluntary, is accepted.

Dated: January 28, 2025

                                              Mitchell J. Katz
                                              U.S. Magistrate Judge